08 CV 02006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

Those Certain Companies and Those Certain )
Underwriters at Lloyds, London, )
Subscribing Severally but not Jointly )
to Policy of Insurance )
Certificate Number NA3471501, )
as Subrogors of )
David Morris International Limited, )
)
               Plaintiffs, )
)
)
6.21 CARAT DIAMOND, )
)
               Defendant-in-rem, )
)
Jay Waldmann, )
)
               Claimant-Defendant. )
)

Civil Action No. _____



---

## PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, plaintiffs Those Certain Companies and Those Certain Underwriters at Lloyds, London, Subscribing Severally but not Jointly to Policy of Insurance Certificate Number NA3471501, as Subrogors of David Morris International Limited (the "Underwriters"), a nongovernmental private party, by its undersigned counsel Nixon Peabody LLP, states that it is not publicly traded and that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

10918925.1

Lloyds TSB Group and affiliates; Markel Corporation and affiliates; Markel International Insurance Co. Ltd.; Zurich Financial Services and affiliates; Zurich Holdings (UK) Ltd.; Zurich Re (UK) Ltd.

Dated: February 26, 2008
      Jericho, New York

Respectfully submitted,

**NIXON PEABODY LLP**

By: _____
Aidan M. McCormack (AMM 3017)
Sarah Anne Kutner (SAK 6516)
*Attorneys for Plaintiff Those Certain Companies and Those Certain Underwriters at Lloyds, London, Subscribing Severally but not Jointly to Policy of Insurance Certificate Number NA3471501, as Subrogors of David Morris International Limited*
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500

10918925.1