AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

Those Certain Companies and Those Certain
Underwriters at Lloyds, London,
Subscribing Severally but not Jointly to Policy of
Insurance Certificate Number NA3471501,
as Subrogors of David Morris International Limited,

                                  Plaintiff,

V.

6.21 CARAT DIAMOND,

                                  Defendant-in-Rem,

JAY WALDMANN,

                                  Claimant-Defendant,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 02006

TO: (Name and address of Defendant)

**6.21 Carat Diamond – By its temporary Custodian
The Gemological Institute of America
580 Fifth Avenue, Suite 200
New York, New York 10036**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Aidan M. McCormack (AMM 3017)
Sarah Anne Kutner (SAK 6516)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022**

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

FEB 2 8 2008

DATE

(By) DEPUTY CLERK

R830205.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 03/06/08 |
| NAME OF SERVER (PRINT) Joseph Abbruzzese | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Avery (OFFICE MANAGER) for the Gemological Institute of America 580 5th Ave, Suite 200 NY,NY 10036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/06/08
Date

Signature of Server

16 ETTA PL
LYNBROOK, NY 11563

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
AO 440 (Rev. 8/01) Summons in a Civil Action

R830205.1