UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Those Certain Companies and Those Certain Underwriters at Lloyds, London, Subscribing Severally but not Jointly to Policy of Insurance Certificate Number NA3471501, as Subrogors of David Morris International Limited,<br><br>         Plaintiff,<br><br>   v.<br><br>6.21 CARAT DIAMOND,<br><br>        Defendant-in-rem,<br><br>Jay Waldmann,<br><br>       Claimant-Defendant. | **Declaration of**<br>**Sarah Anne Kutner**<br><br><br><br>Case No. 08-CV-2006<br>(SHS) |

SARAH ANNE KUTNER, an attorney duly admitted to practice before this Court and the Courts of the State of New York, declares the following under penalty of perjury:

1. I am duly admitted to practice law before the United States District Court for the Southern District of New York.

2. I am an associate with the law firm of Nixon Peabody LLP, counsel for plaintiffs Those Certain Companies and Those Certain Underwriters at Lloyds, London, Subscribing Severally but not Jointly to Policy of Insurance Certificate Number NA3471501, as Subrogors of David Morris International Limited (the "Insurers"). As such, I am fully familiar with the facts of this matter set forth herein based on my review of the file and handing of this case.

3. I submit this Declaration, together with the affidavit of Les Turner, accompanying exhibits and Memorandum of Law, in support of the Insurers' motion, pursuant to Rule 55 of the Federal Rules of Civil Procedure and Rules 55.1 and 55.2 (a) of the Civil Rules for the Southern

and Eastern Districts of New York for a declaratory judgment and order on default against defendant Jay Waldmann.

4.      Mr. Waldmann has failed to respond to the complaint within the time required by Rule 12(a) of the Federal Rules of Civil Procedure ("FRCP").  As such, he is in default in this action, as shown by the Clerk's certificate of default, attached as **Exhibit S**.

5.      Accordingly, it is respectfully submitted that this Court grant a judgment on default against the defendant: (1) Declaring that the defendant has no right, title or interest in or to the Diamond, and that all right, title and interest in and to the Diamond is vested exclusively in the Insurers; (2) Ordering that the Diamond be turned over immediately by GIA to the Insurers, the rightful owners of the Diamond as subrogors of David Morris; (3) Imposing a constructive trust on the Diamond; (4) Ordering the defendant to produce, in writing, any and all information in his knowledge or possession regarding the identity of the person from whom or the entity from which he purchased the Diamond; (5) Awarding the Insurers the costs and disbursements of this action; and (6) Awarding the Insurers such other and further relief as the Court deems just and proper.

6.      This action was commenced by the Insurers on February 28, 2008, seeking, among other things, a declaration that the Insurers possessed superior right and title to the Diamond as against the defendant as subrogors of David Morris.  *See* complaint at Docket Entry #1.

7.      The Diamond is being held by GIA with the consent of both the Insurers and Mr. Waldmann, through his attorney, Robert L. Tucker Esq. of Turner & Latifi, LLP.  *See* e-mail dated June 25, 2007, attached as **Exhibit T**.

8.      The Court has *in rem* jurisdiction over the Diamond because it is being held by GIA at their New York location, upon information at believe at 589 Fifth Avenue, New York,

NY 10017, until they are presented with an order from a court or similar authority directing to whom the Diamond is to be given as the rightful owner. *See* **Exhibit T**.

9.    GIA has not conveyed a claim of ownership to the Diamond to the Insurers or this firm. Upon information and belief, GIA does not intend to make such a claim and is simply holding the Diamond until a court or similar authority decides who is its rightful owner, at which time it will surrender the Diamond to that owner.

10.    Therefore, the parties to this action have constructive possession of the Diamond, and the Court has *in rem* jurisdiction over it, giving the Court the right to render a judgment as to its rightful owner.

11.    Mr. Waldmann was provided the summons and complaint in this action through Mr. Tucker. *See* e-mail dated March 4, 2008, attached as **Exhibit M** (attachments omitted). Mr. Tucker previously identified himself to this firm as Mr. Waldmann's personal attorney, and has been corresponding with this firm, and with GIA and its attorneys, on Mr. Waldmann's behalf from June 2007 through the present in connection with Mr. Waldmann's claim to the Diamond. *See, e.g.,* email dated June 25, 2007, attached as **Exhibit L**.

12.    Mr. Tucker responded that he did not have authority to accept service on behalf of Mr. Waldmann. *See* reply e-mail attached as **Exhibit N**.

13.    Service was also made on Mr. Waldmann by mail methods. Mr. Waldmann was provided with the summons and complaint in this action through regular mail, both to his Southampton address, and to his address in Germany. *See* letter dated March 5, 2008, attached as **Exhibit O** (attachments omitted).

14.    Mr. Tucker admitted that Mr. Waldmann did in fact receive the correspondence sent to him in Germany. *See* reply e-mail dated April 10, 2008, attached as **Exhibit P**.

15.    Mr. Waldmann was also served through his agent Martin M. Bell, of Bell & Company LLP at 350 5th Avenue, Suite 7412, New York, New York. *See* **Exhibit Q**. Bell & Company LLP is listed on the New York Department of State, Division of Corporations website as the agent for service of process for Mr. Waldmann's corporation, Waldmann Inc. *Id.* Mr. Bell stated at the time of service that he was authorized to accept service on Mr. Waldmann's behalf. *Id.*

16.    Mr. Tucker was also notified that the initial conference, originally scheduled for April 11, was adjourned, and that the Insurers intended to file a default motion against Mr. Waldmann. *See* e-mail dated April 10, 2008, attached as **Exhibit R**.

17.    Mr. Waldmann has failed and refused to answer the complaint in this action, despite the many notices and opportunities to respond. Indeed, by all appearances he has left the country and abandoned any claims to the Diamond.

18.    Mr. Waldmann's time to respond to the complaint has now expired under FRCP 12(a). As the Insurers have shown that they have superior right, title and interest in the Diamond as subrogors of David Morris, the Insurers respectfully submit that they are entitled to a declaratory judgment and order on default against Mr. Waldmann.

WHEREFORE, the Insurers respectfully request that this Court grant a declaratory judgment and order on default against the defendant: (1) Declaring that the defendant has no right, title or interest in or to the Diamond, and that all right, title and interest in and to the Diamond is vested exclusively in the Insurers; (2) Ordering that the Diamond be turned over immediately by GIA to the Insurers, the rightful owners of the Diamond as subrogors of David Morris; (3) Imposing a constructive trust on the Diamond; (4) Ordering the defendant to produce in writing to the Insurers any and all information in his knowledge or possession regarding the

identity of the person from whom or the entity from which he purchased the Diamond; (5)

Awarding the Insurers the costs and disbursements of this action; and (6) Awarding the Insurers

such other and further relief as the Court deems just and proper.


Dated: Jericho, New York
        May 9, 2008

                                    Sarah Anne Kutner (SK-6516)


10987042.1

**Kutner, Sarah Anne**

| | |
|---|---|
| **From:** | Robert Tucker [rtucker@tuckerlatifi.com] |
| **Sent:** | Monday, June 25, 2007 8:21 PM |
| **To:** | capricci.barush@dlapiper.com |
| **Cc:** | Kutner, Sarah Anne |
| **Subject:** | 6.21 Carat Diamond Jay Waldmann & David Morris International Limited |
| **Attachments:** | Waldmann-S Cutner ltr 6-14-07.pdf |

Dear Capricci:   In connection with the above-referenced matter and your firm's representation of GIA, please be advised that Sarah Kutner of Nixon Peabody, counsel for the underwriters who insured David Morris International Limited ("Morris"), and I have recently entered into negotiations to resolve the dispute over the rightful ownership of the 6.21 Carat Diamond first brought to your client for evaluation by Mr. Benny Sofer (on behalf of Mr. Waldmann) over a year ago.  As demanded by Ms. Kutner in her attached letter of June 14th, we kindly request that the referenced diamond be maintained by GIA for safe keeping until this matter can be resolved.

To date, this firm has not been provided with any proof or substantiation to evidence the claim that the referenced diamond is the property of Morris and/or his underwriters.

Thank you, Robert Tucker

Robert L. Tucker, Esq.
**TUCKER & LATIFI, LLP**
160 East 84th Street
New York, NY 10028
212-472-6262
212-744-6509 fax
917-741-1414 cell
www.TuckerLatifi.com

## Kutner, Sarah Anne

| | |
|---|---|
| **From:** | Kutner, Sarah Anne |
| **Sent:** | Tuesday, March 04, 2008 4:58 PM |
| **To:** | Robert Tucker |
| **Subject:** | 6.21 Carat Diamond |
| **Attachments:** | FIRM_DM-10930463-v1-Resolute_David_Morris_-_pleadings.PDF |

Robert,

I have attached a copy of the pleadings that were recently filed in the Southern District of New York.  Please let us know whether you will accept service on behalf of Mr. Waldmann.  Thank you.

Sarah

**Sarah Anne Kutner**
Associate

NIXON PEABODY

50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728
P (516) 832-7561
C (516) 526-5233
F (866) 530-9407
skutner@nixonpeabody.com
www.nixonpeabody.com



The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (516) 832-7561. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

**Kutner, Sarah Anne**

| | |
|---|---|
| **From:** | Robert Tucker [rtucker@tuckerlatifi.com] |
| **Sent:** | Tuesday, March 04, 2008 6:18 PM |
| **To:** | Kutner, Sarah Anne |
| **Subject:** | RE: 6.21 Carat Diamond |

Dear Sarah: Mr. Waldmann lives in Düsseldorf, Germany and we do not have any authority to accept service on his behalf.  I owe your firm an Affidavit of Mr. Waldmann regarding the facts of his purchase of the stone in question.

Best regards, Robert

Robert L. Tucker, Esq.
**TUCKER & LATIFI, LLP**
160 East 84th Street
New York, NY 10028
212-472-6262
212-744-6509 fax
917-741-1414 cell
www.TuckerLatifi.com

**From:** Kutner, Sarah Anne [mailto:skutner@nixonpeabody.com]
**Sent:** Tuesday, March 04, 2008 4:58 PM
**To:** Robert Tucker
**Subject:** 6.21 Carat Diamond

Robert,

I have attached a copy of the pleadings that were recently filed in the Southern District of New York.  Please let us know whether you will accept service on behalf of Mr. Waldmann.  Thank you.

Sarah

**Sarah Anne Kutner**
Associate

NIXON PEABODY

50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728
P (516) 832-7561
C (516) 526-5233
F (866) 530-9407
skutner@nixonpeabody.com
www.nixonpeabody.com

4/22/2008

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (516) 832-7561. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.



# NIXON PEABODY LLP
### ATTORNEYS AT LAW

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500
Fax: (516) 832-7555

Sarah Anne Kutner
Direct Dial: (516) 832-7561
Direct Fax: (866) 530-9407
E-Mail: skutner@nixonpeabody.com

March 5, 2008

<u>By Regular Mail</u>

Jindrich Waldmann
c/o Waldmann Inc.
25 Main Street
Southampton, New York

Jindrich Waldmann
Scheurenstr 7
40215 Düsseldorf
Germany

   Re: 6.21 Carat Diamond – Laser Registry GIA 11326214 and 14592676

Dear Mr. Waldmann,

  I have enclosed copies of an declaratory judgment action that was recently filed in the Southern District of New York seeking a declaration as to the rightful ownership of the 6.21 carat diamond currently being held by the Gemological Institute of America ("GIA") in New York. Clearly we cannot properly serve you with these papers when you are outside New York, and as you reside in Germany, service is difficult. However, we believe that it is in your best interest to participate in this litigation, as GIA will not release the diamond at this point absent a court order instructing it to do so. Therefore, if you wish to participate in order for the court to make a determination as to the diamond's ownership, please designate an agent in New York to accept service on your behalf so that this action can proceed.

  Thank you for your time and attention to this matter.

       Sincerely,

       Sarah Anne Kutner

10633951.1
10930679

## Kutner, Sarah Anne

| | |
|---|---|
| **From:** | Robert Tucker [rtucker@tuckerlatifi.com] |
| **Sent:** | Thursday, April 10, 2008 5:50 PM |
| **To:** | Kutner, Sarah Anne |
| **Subject:** | RE: 6.21 Carat Diamond |

Sarah: You have to serve him first before you can file a Motion for Default Judgment or have a Clerk's Certificate issued. He faxed me a letter from Germany in which you acknowledged that he HAS NOT been served. Let's set up a meeting next week (Monday to Thursday anytime at your office) to discuss and I will go through what his Affidavit would say.  Robert

Robert L. Tucker, Esq.
**TUCKER & LATIFI, LLP**
160 East 84th Street
New York, NY 10028
212-472-6262
212-744-6509 fax
917-741-1414 cell
www.TuckerLatifi.com

**From:** Kutner, Sarah Anne [mailto:skutner@nixonpeabody.com]
**Sent:** Thursday, April 10, 2008 5:47 PM
**To:** Robert Tucker
**Subject:** RE: 6.21 Carat Diamond

Robert,

You may or may not know that an intial conference was scheduled to be held in the action that was filed against Mr. Waldmann in the Southern District of New York. I have adjourned the conference in the hopes that Mr. Waldmann will choose to participate in this litigation so that we can finally resolve this dispute. If Mr. Waldmann does not answer the complaint by April 25, I will be filing a default motion for which Judge Stein set a return date of May 9. I tell you this as a good faith effort to give Mr. Waldmann notice of these proceedings, as I do not have his contact information.  I am mindful that you have already indicated that you do not have the authority to accept service on his behalf and have not made an appearance on his behalf.

Thank you for your time and courtesy,
Sarah

## Sarah Anne Kutner
**Associate**

NIXON PEABODY

50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728
P (516) 832-7561
C (516) 526-5233
F (866) 530-9407

4/23/2008

skutner@nixonpeabody.com
www.nixonpeabody.com

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (516) 832-7561. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

---

**From:** Robert Tucker [mailto:rtucker@tuckerlatifi.com]
**Sent:** Tuesday, March 04, 2008 6:18 PM
**To:** Kutner, Sarah Anne
**Subject:** RE: 6.21 Carat Diamond

Dear Sarah: Mr. Waldmann lives in Düsseldorf, Germany and we do not have any authority to accept service on his behalf.  I owe your firm an Affidavit of Mr. Waldmann regarding the facts of his purchase of the stone in question.

Best regards, Robert

Robert L. Tucker, Esq.
**TUCKER & LATIFI, LLP**
160 East 84th Street
New York, NY 10028
212-472-6262
212-744-6509 fax
917-741-1414 cell
www.TuckerLatifi.com

---

**From:** Kutner, Sarah Anne [mailto:skutner@nixonpeabody.com]
**Sent:** Tuesday, March 04, 2008 4:58 PM
**To:** Robert Tucker
**Subject:** 6.21 Carat Diamond

Robert,

I have attached a copy of the pleadings that were recently filed in the Southern District of New York.  Please let us know whether you will accept service on behalf of Mr. Waldmann.  Thank you.

Sarah

**Sarah Anne Kutner**
Associate

NIXON PEABODY

50 Jericho Quadrangle

4/23/2008

Suite 300
Jericho, NY 11753-2728
P (516) 832-7561
C (516) 526-5233
F (866) 530-9407
skutner@nixonpeabody.com
www.nixonpeabody.com

Please consider the environment before printing this email

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (516) 832-7561. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

4/23/2008

JUDGE STEIN UNITED STATES DISTRICT COURT

_____**SOUTHERN**_____ District of _____**NEW YORK**_____

Those Certain Companies and Those Certain
Underwriters at Lloyds, London,
Subscribing Severally but not Jointly to Policy of
Insurance Certificate Number NA3471501,
as Subrogors of David Morris International Limited,

**SUMMONS IN A CIVIL CASE**

Plaintiff,

CASE NUMBER:

V.

6.21 CARAT DIAMOND,

Defendant-in-Rem,

JAY WALDMANN,

Claimant-Defendant,

**08 CV 02006**

TO: (Name and address of Defendant)

**Jay Waldmann
25 Main Street
Southampton, New York 11968**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

**Aidan M. McCormack (AMM 3017)
Sarah Anne Kutner (SAK 6516)
Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022**

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons
on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**
_____

CLERK

_____
(By) DEPUTY CLERK

FEB 2 8 2008
_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | MARCH 19, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| JOSEPH A. RAMOS | PARALEGAL / PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____

☒ Other (specify): PERSONALLY SERVED MARTIN M. BELL AN OFFICER OF BELL and COMPANY LLP, THE COMPANY AND ADDRESS DESIGNATED FOR SERVICE OF PROCESS FOR WALDMANS, INC.
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3|27|08      _Joseph Ramos_ _____
           Date                Signature of Server

                          32-15 UTOPIA PKWY, FLUSHING NY 11358
                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Those Certain Companies and Those Certain Underwriters at Lloyds, London, Subscribing Severally but not Jointly to Policy of Insurance Certificate Number NA3471501, as Subrogors of David Morris International Limited,<br><br>                                   Plaintiff,<br><br>V.<br><br>6.21 CARAT DIAMOND,<br><br>                                   Defendant-in-Rem,<br><br>JAY WALDMANN,<br><br>                                   Claimant-Defendant, | **AFFIDAVIT OF SERVICE**<br><br>**Case Number: 08-CV-02006** |

STATE OF NEW YORK)
COUNTY OF NASSAU ) ss.:

**JOSEPH RAMOS**, being duly sworn, deposes and says:

That deponent is not a party to the action, is over 18 years of age and resides in Flushing County, New York.

That on the 5th day of March, 2008, I went to 25 Main Street, Southampton, NY 11968 and made my first attempt to personally serve a true copy of the within **Civil Cover Sheet, SDNY Summons & Complaint with supporting documents, 7.1 Disclosure Statement and Individual Judge Rules,** but could not do so because the premises were locked, no one was there and the premises appeared to have been completely vacated by the tenant, Waldman, Inc. Upon researching the New York State Department of State Division of Corporations database, a process address of 15 East 26th Street, Suite 1605, New York, New York, 10010 was obtained for Waldmann, Inc. A copy of the New York State Department of State Division of Corporations print out is annexed hereto as **Exhibit "A"**.

That on the 10th day of March, 2008, I went to 15 East 26th Street, Suite 1605, New York, New York, 10010 and made my second attempt to personally serve a true copy of the within **Civil Cover Sheet, SDNY Summons & Complaint with supporting documents, 7.1 Disclosure Statement and Individual Judge Rules,** on Bell & Company LLP, the company and address designated for service of process with the New York State Department of State Division of Corporations, but could not do so because the premises had relocated. Upon researching the internet, a new address with obtained for Bell

10957815.1

& Company LLP. A copy of the New York State Department of State Division of Corporations print out listing Bell & Company LLP, as the company and address designated for service of process is annexed hereto as **Exhibit "B"**

     On the 19th day of March, 2008, I went to 350 5th Avenue, Suite 7412, New York, New York 11018 and served a true copy of the within **Civil Cover Sheet, SDNY Summons & Complaint with supporting documents, 7.1 Disclosure Statement and Individual Judge Rules**, on Martin M. Bell, CPA, (Male, White Skin, Gray Hair, 51-65 Yrs., 5'4"-5'9", 160-200 Lbs.) an officer of Bell & Company LLP, and a person of suitable age and discretion, authorized to accept service on behalf of Waldmann, Inc.

                                  Joseph Ramos

Sworn to before me this
26th day of March, 2008

Notary Public

YASMIRA ALONSO
NOTARY PUBLIC, State of New York
No. 4991549
Qualified in Nassau County
Commission Expires February 3, 2010

10957815.1

# EXHIBIT "A"

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: WALDMANN, INC.

Selected Entity Status Information

|  |  |
|---|---|
| **Current Entity Name:** | WALDMANN, INC. |
| **Initial DOS Filing Date:** | DECEMBER 16, 1996 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

JUNDRICH WALDMANN
C/O BELL & COMPANY
15 E 26TH ST RM 1605
NEW YORK, NEW YORK, 10010

**Chairman or Chief Executive Officer**

JINDRICH WALDMANN
C/O BELL & COMPANY LLP
15 E 26TH ST STE 1605
NEW YORK, NEW YORK, 10010-1599

**Principal Executive Office**

WALDMANN, INC.
C/O BELL & COMPANY LLP
15 E 26TH ST STE 1605
NEW YORK, NEW YORK, 10010-1599

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# EXHIBIT "B"

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: BELL & COMPANY, INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | BELL & COMPANY, INC. |
| **Initial DOS Filing Date:** | JANUARY 24, 1992 |
| **County:** | NEW YORK |
| **Jurisdiction:** | NEW YORK |
| **Entity Type:** | DOMESTIC BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
MARTIN M. BELL
15 E. 26TH STREET
(STE. 1605)
NEW YORK, NEW YORK, 10010-1599

**Chairman or Chief Executive Officer**
MARTIN M. BELL
15 E. 26TH STREET
(STE. 1605)
NEW YORK, NEW YORK, 10010-1599

**Principal Executive Office**
BELL & COMPANY, INC.
15 E. 26TH STREET
(STE. 1605)
NEW YORK, NEW YORK, 10010-1599

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

## Kutner, Sarah Anne

| | |
|---|---|
| **From:** | Kutner, Sarah Anne |
| **Sent:** | Thursday, April 10, 2008 5:47 PM |
| **To:** | 'Robert Tucker' |
| **Subject:** | RE: 6.21 Carat Diamond |

Robert,

You may or may not know that an intial conference was scheduled to be held in the action that was filed against Mr. Waldmann in the Southern District of New York. I have adjourned the conference in the hopes that Mr. Waldmann will choose to participate in this litigation so that we can finally resolve this dispute. If Mr. Waldmann does not answer the complaint by April 25, I will be filing a default motion for which Judge Stein set a return date of May 9. I tell you this as a good faith effort to give Mr. Waldmann notice of these proceedings, as I do not have his contact information.  I am mindful that you have already indicated that you do not have the authority to accept service on his behalf and have not made an appearance on his behalf.

Thank you for your time and courtesy,
Sarah

## Sarah Anne Kutner
**Associate**

NIXON PEABODY ·

50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728
P (516) 832-7561
C (516) 526-5233
F (866) 530-9407
skutner@nixonpeabody.com
www.nixonpeabody.com

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (516) 832-7561. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

**From:** Robert Tucker [mailto:rtucker@tuckerlatifi.com]
**Sent:** Tuesday, March 04, 2008 6:18 PM
**To:** Kutner, Sarah Anne
**Subject:** RE: 6.21 Carat Diamond

Dear Sarah: Mr. Waldmann lives in Düsseldorf, Germany and we do not have any authority to accept service on his behalf.  I owe your firm an Affidavit of Mr. Waldmann regarding the facts of his purchase of the stone in question.

Best regards, Robert

4/23/2008

Robert L. Tucker, Esq.
**TUCKER & LATIFI, LLP**
160 East 84th Street
New York, NY 10028
212-472-6262
212-744-6509 fax
917-741-1414 cell
www.TuckerLatifi.com

---

**From:** Kutner, Sarah Anne [mailto:skutner@nixonpeabody.com]
**Sent:** Tuesday, March 04, 2008 4:58 PM
**To:** Robert Tucker
**Subject:** 6.21 Carat Diamond

Robert,

I have attached a copy of the pleadings that were recently filed in the Southern District of New York.  Please let us know whether you will accept service on behalf of Mr. Waldmann.  Thank you.

Sarah

**Sarah Anne Kutner**
Associate

NIXON PEABODY

50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728
P (516) 832-7561
C (516) 526-5233
F (866) 530-9407
skutner@nixonpeabody.com
www.nixonpeabody.com



The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you believe that you are not an intended recipient of this message, please notify the sender at (516) 832-7561. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

4/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Those Certain Companies and Those Certain Underwriters at Lloyds, London, Subscribing Severally but not Jointly to Policy of Insurance Certificate Number NA3471501, as Subrogors of David Morris International Limited,<br><br><div align=right>Plaintiff,</div><br><br><div align=center>v.</div><br><br>6.21 CARAT DIAMOND,<br><br><div align=right>Defendant-in-rem,</div><br>Jay Waldmann,<br><br><div align=right>Claimant-Defendant.</div> | **Clerk's Certificate of Default**<br><br><br><br><br>Case No. 08-CV-2006 (SHS) |

I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 28, 2008 with the filing of a summons and complaint. *See* complaint filed at docket entry #1. Copies of the summons and complaint were served on defendant Jay Waldmann on March 19, 2008. *See* proof of service filed at docket entry #5.

I further certify that the docket entries indicate that to date, defendant Jay Waldmann has not filed an answer or otherwise responded to the complaint herein. The default of defendant Jay Waldmann in this action is hereby noted.

Dated: New York, New York
        April 21, 2008

<div align=right>

**J. Michael McMahon**
Clerk of the Court

By: _____
                Clerk
</div>

## Kutner, Sarah Anne

| | |
|---|---|
| **From:** | Robert Tucker [rtucker@tuckerlatifi.com] |
| **Sent:** | Monday, June 25, 2007 8:21 PM |
| **To:** | capricci.barush@dlapiper.com |
| **Cc:** | Kutner, Sarah Anne |
| **Subject:** | 6.21 Carat Diamond Jay Waldmann & David Morris International Limited |
| **Attachments:** | Waldmann-S Cutner ltr 6-14-07.pdf |

Dear Capricci:   In connection with the above-referenced matter and your firm's representation of GIA, please be advised that Sarah Kutner of Nixon Peabody, counsel for the underwriters who insured David Morris International Limited ("Morris"), and I have recently entered into negotiations to resolve the dispute over the rightful ownership of the 6.21 Carat Diamond first brought to your client for evaluation by Mr. Benny Sofer (on behalf of Mr. Waldmann) over a year ago.   As demanded by Ms. Kutner in her attached letter of June 14th, we kindly request that the referenced diamond be maintained by GIA for safe keeping until this matter can be resolved.

To date, this firm has not been provided with any proof or substantiation to evidence the claim that the referenced diamond is the property of Morris and/or his underwriters.

Thank you, Robert Tucker

Robert L. Tucker, Esq.
**TUCKER & LATIFI, LLP**
160 East 84th Street
New York, NY 10028
212-472-6262
212-744-6509 fax
917-741-1414 cell
www.TuckerLatifi.com

# NIXON PEABODY

ATTORNEYS AT LAW

50 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 832-7500
Fax: (516) 832-7555

Sarah Anne Kutner
Direct Dial: (212) 940-3778
E-Mail: skutner@nixonpeabody.com

June 14, 2007

*Via E-mail and Federal Express*

Capricci Barush, Esq.
DLA Piper US, LLP
1251 Avenue of the Americas, 29th Floor
New York, New York 10020

        Re:     6.21 Carat Diamond – Laser Registry GIA 11326214 and 14592676

Dear Ms. Barush:

        This firm represents the underwriters who insured David Morris International Limited ("Morris") in connection with the above-referenced diamond. The above-referenced diamond is now in the possession of your client, the Gemological Institute of America ("GIA"). We hereby place you, on behalf of GIA, on notice that the Morris underwriters claim ownership and possession of the above-referenced diamond.

        We demand the surrender of the diamond to the Morris underwriters. We also request that GIA hold the diamond in its New York location until the dispute over the diamond's ownership is resolved.

        Please contact me to acknowledge receipt of this letter and discuss the diamond's transfer. Thank you for your anticipated cooperation.

               Sincerely,

               Sarah Anne Kutner

cc:    Robert L. Tucker, Esq.
      Tucker & Latifi, LLP
      160 East 84th Street
      New York, New York 10028
      *Counsel for Jay Waldman*

10618042 1